IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00156-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARBELL JUAREZ-MADRIGAL

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 59]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 59] is granted as to defendant Arbell Huber Juarez-Madrigal. Counts 2 through 5 and 8 of the Indictment are dismissed as to defendant Arbell Juarez-Madrigal.

DATED ~~February~~ March 4, 2014.

                  BY THE COURT:

                  _____
                  PHILIP A. BRIMMER
                  United States District Judge